# ORIGINAL

ALICE CAMPOS MERCADO, Nevada Bar No. 004555
TIFFINAY BARKER PAGNI, Nevada Bar. No.06213
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Suite 300
Reno, Nevada  89509
Ph: (775)786-6868

Attorneys for Defendant Foxtel, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA WILLIAMS,<br><br>        Plaintiff,<br><br>vs.<br><br>FOXTEL, INC.,<br>and DOES I-X,<br><br>        Defendants.<br>_____/ | CV-N-02-0583-DWH-VPC<br><br>**CERTIFICATE AS TO<br>INTERESTED PARTIES**<br>**(LR 10-6)** |

The undersigned, counsel of record for defendant Foxtel, Inc., certifies that, to the best of her knowledge, no individual or entity, other than the parties named herein, have an interest in the outcome of this case. These representations are made to enable judges of the court to evaluate possible recusal.

DATED this 21st day of November, 2002.

LEMONS, GRUNDY & EISENBERG
Attorneys for Defendants

By: _____
TIFFINAY BARKER PAGNI

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
SUITE 300
RENO, NV 89509-6000
(775) 786-6868

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of LEMONS, GRUNDY & EISENBERG and that I placed a true and correct copy of the foregoing document in the United States Mail, at Reno, Nevada, with first-class postage prepaid, addressed as follows:

> Ian Silverberg, Esq.
> 96 Winter Street
> Reno, NV 89503
>
> Marc Picker, Esq.
> 691 Sierra Rose Drive, Suite A
> Reno, NV 89505

Dated this 21st day of November 2002.

*[signature]*

LEMONS, GRUNDY
& EISENBERG
A PROFESSIONAL CORPORATION
6005 PLUMAS STREET
SUITE 300
RENO, NV 89509-6000
(775) 786-6868

2